**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

RAFAEL XENES,

    **Plaintiff,**

v.                                                                   CASE NO: 1-21-cv-20807-KMM

SMART ENERGY, INC.

    **Defendant.**

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.4 Plaintiff, RAFAEL XENES, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, SMART ENERGY, INC., has been settled.

Dated this 2nd day of September, 2021.

                                                   Respectfully submitted,

                                                   */s/ Brandon J. Hill*
                                                   **BRANDON J. HILL**
                                                   Florida Bar Number: 0037061
                                                   Direct Dial: 813-337-7992
                                                   **AMANDA E. HEYSTEK**
                                                   Florida Bar Number: 0285020
                                                   Direct Dial: 813-379-2560
                                                   **WENZEL FENTON CABASSA, P.A.**
                                                   1110 N. Florida Avenue, Suite 300
                                                   Tampa, Florida 33602
                                                   Main Number: 813-224-0431
                                                   Facsimile: 813-229-8712
                                                   Email: bhill@wfclaw.com
                                                   Email: aheystek@wfclaw.com
                                                   Email: aketelsen@wfclaw.com
                                                   **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of September, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                             */s/ Brandon J. Hill*
                                                                             **BRANDON J. HILL**